

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-77,157-01 and WR-77,157-02

### IN RE DANIEL LEE LOPEZ, Applicant

## ON COUNSEL'S MOTIONS FOR LEAVE TO APPEAR TO FILE PLEADINGS
## ON APPLICANT LOPEZ'S BEHALF FROM CAUSE NO. 09-CR-787-B
## IN THE 117TH JUDICIAL DISTRICT COURT
## NUECES COUNTY

*Per curiam.*

### O R D E R

We have before this Court two "Motion[s] for Leave to Appear" for David Dow to appear on behalf of applicant Daniel Lee Lopez to file motions to stay applicant's execution in conjunction with the filing of a subsequent application for a writ of habeas corpus and a suggestion that the Court reconsider applicant's waiver of his initial habeas application. Dow filed in this Court on July 27, 2015, a suggestion that this Court reconsider its acceptance of applicant's waiver of his initial habeas application. Dow

filed in the convicting court on July 28, 2015, a subsequent application for a writ of habeas corpus.  We grant Dow leave to appear before this Court with regard to the pleadings currently filed on behalf of applicant.

Daniel Lee Lopez is scheduled for execution on August 12, 2015.  Pursuant to Miscellaneous Rule 11-003, pleadings filed on behalf of Lopez are due to be filed in the proper court no later than Tuesday, August 4, 2015.  Any pleadings Dow wishes to file in addition to the ones currently filed will require a new motion for leave to appear, and any pleadings filed after August 4, 2015, shall be accompanied by a good-cause statement as required by Rule 11-003.

IT IS SO ORDERED THIS THE 4th DAY OF AUGUST, 2015.

Do Not Publish